UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT GRAHAM
(#99451)

VERSUS

DAVE ANKENBRAND, ET AL

CIVIL ACTION

NO. 11-92-BAJ-SCR

### RULING

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 4, 2011 (doc. 29). Plaintiff has filed an objection (doc. 30) which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motion for summary judgment is denied, and defendants' motion for summary judgment is granted. This action is hereby dismissed without prejudice to any state law claim.

Baton Rouge, Louisiana, October 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA